IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MAUREEN A. RUSSELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 04-71181 |
| UNITED STATES OF AMERICA, | ) | Hon. Avern Cohn |
| Defendant. | ) | |

## JUDGMENT

The Court having previously ordered the proceeds of the sale of the property commonly known as 4231 Bishop Road, Dryden, Michigan 48428, in the amount of $373,560.74, be paid over to the Clerk of the Court until this action was completed, and the parties to this action, through their respective counsels, having stipulated to the matter herein stated, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's individual interest in the proceeds from the sale of the real estate commonly known as 4231 Bishop Road, Dryden, Michigan 48428, the legal description for which is described at paragraph 4 of the Complaint, is determined to be the amount of $149,424.30, and the Plaintiff shall have judgment in the amount of $149,424.30, and the Clerk of the Court is hereby ordered to immediately issue a check to Plaintiff in the amount of $149,424.30 drawn on the non-interest account opened on January 27, 2005, pursuant to the order of this Court.

895211.1

IT IS FURTHER ORDERED that Timothy J. Russell's interest in the proceeds from the sale of the real estate commonly known as 4231 Bishop Road, Dryden, Michigan 48428, the legal description for which is described at paragraph 4 of the Complaint, is determined to be the amount of $224,136.44, and as a result of the Federal Tax Liens previously filed against the real estate which are hereby reduced to judgment, the Defendant shall have judgment in the amount of $224,136.44, and the Clerk of the Court is hereby ordered to immediately issue a check to Defendant in the amount of $224,136.44 drawn on the non-interest account opened on January 27, 2005, pursuant to the order of this Court. The check should be made payable to the "Department of Treasury".

IT IS FURTHER ORDERED that both parties shall bear their own costs including attorneys fees and other expenses of this action

**SO ORDERED.**

Dated: July 12, 2005            s/ Avern Cohn
                                HON. AVERN COHN
                                UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

| s/ Joseph Falcone | s/ Michael W. Davis |
|---|---|
| Joseph Falcone, Esq. | Michael W. Davis |
| 3000 Town Center, Suite 2370 | Trial Attorney, Tax Division |
| Southfield, MI 48075 | Department of Justice |
| Telephone: (248) 357-6610 | P.O. Box 55, Ben Franklin Station |
| Facsimile: (248) 357-6613 | Washington, D.C. 20044 |
| E-mail: jf@lawyer.com | (202) 307-6010 |
| | Facsimile: (202) 514-5238 |
| | E-mail: michael.w.davis@usdoj.gov |